UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DR. ULYSSES BALIS, M.D.,
DR. JENNIFER WYCKOFF BALIS, M.D.
and BARBARA WYKCOFF,

        ED Mich: 2:07-cv-13239

       Plaintiffs,

        Hon. Patrick J. Duggan

v

UNITED VAN LANES, LLC,

       Defendant.

_____/
_____/

## ORDER FOR SUBMISSION TO ARBITRATION AND FOR
## DISMISSAL WITHOUT PREJUDICE SUBJECT TO REINSTATEMENT

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on March 28, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
                 United States District Court Judge

Upon reviewing the stipulation of the parties,

IT IS ORDERED THAT the parties agree to submit their dispute, as is outlined in the pleadings heretofore filed, to binding arbitration pursuant to the Dispute Settlement Program as operated by the American Moving and Storage Association and as administered and pursuant to the rules of the National Arbitration Forum, (except as such rules may be modified herein);

IT IS ORDERED THAT the parties may request oral argument at the time of such arbitration at their discretion;

IT IS ORDERED THAT the arbitrator is empowered to determine any questions regarding recovery of costs, interest and case evaluation sanctions;

IT IS ORDERED THAT notwithstanding the procedure established by the National Arbitration Forum for selection of an arbitrator, the parties agree to attempt to mutually agree upon an arbitrator from the list of available arbitrators maintained by the National Arbitration Forum;

IT IS ORDERED THAT in the absence of agreement between the parties as to a suitable arbitrator, the arbitrator will be selected by the procedure established by the National Arbitration Forum;

IT IS ORDERED THAT Defendant will make payment of any award rendered in favor of Plaintiffs forthwith, but in no event later than thirty (30) days after the date of the award;

IT IS ORDERED THAT the captioned cause may be dismissed without prejudice, subject to reinstatement to enforce the terms of this stipulation and proposed Order, or to enforce any arbitration award, or upon failure of arbitration;

IT IS FURTHER ORDERED THAT upon dismissal of this case without prejudice, any limitation of actions provisions of any applicable statute, tariff and/or contract is tolled pending completion of arbitration.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  March 28, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager